IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CRYSTAL L WRIGHT,

    Plaintiff,

v.                                                                        CASE NO. 1:07-cv-00237-MP -AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Motion for Attorney Fees Pursuant to the 406(b)(1) Attorney Fee by Crystal L Wright. Mr. Bacharach has requested $10,494.35 in fees, which is the 25% of Ms. Wright's past due benefits award of. Defendant Commissioner does not object to the fee request, and has apparently already mailed Mr. Bacharach a check for $10,411.35, which is the requested award less an apparent $83 use fee assessed by Defendant Commissioner for writing the check, and which Mr. Bacharach has deposited in a trust account. Mr. Bacharach has already been paid $972.23 under the Equal Access to Justice Act. This Court finds that the requested fee is overall reasonable, and it is accordingly

    **ORDERED AND ADJUDGED:**

    1.     Motion for Attorney Fees, Doc. 23, is GRANTED.

    2.     Mr. Bacharach is authorized to take $9,439.12 in payment under Section 406(b)(1).

    3.     Mr. Bacharach is directed to transfer the remaining $972.23 to Plaintiff.

    **DONE AND ORDERED** this __20th__ day of September, 2010

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge